

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2023 MAY -5 P 3: 20

CAROL L. MICHEL
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

# FELONY

### INDICTMENT FOR RECEIPT OF MATERIALS INVOLVING THE SEXUAL EXPLOITATION OF MINORS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 23-00091 |
| v. | * | SECTION: SECT. E MAG. 2 |
| JOYCE JOSEPH BANERJEE | * | VIOLATIONS: 18 U.S.C. § 2252(a)(2), (b)(1) |
| | * | |

\*  \*  \*

The Grand Jury charges that:

### COUNT 1

Beginning at an unknown time, to on or about April 11, 2023, within the Eastern District of Louisiana, and elsewhere, **JOYCE JOSEPH BANERJEE**, defendant herein, did knowingly receive, and attempt to receive, visual depictions, that is, digital images, computer images, and digital video files, that had been mailed, shipped, and transported in interstate and foreign commerce, by any means, including by computer, the production of such visual depictions

___Fee_USA_____
___Process_____
X_Dktd_____
___CtRmDep_____
___Doc.No._____

having involved the use of a minor engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), and such visual depictions were of such conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## NOTICE OF FORFEITURE

1. The allegations of Count 1 of this Indictment are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offense alleged in Count 1, the defendant, **JOYCE JOSEPH BANERJEE**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253, all property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and/or any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including but not limited to the following:

Acer Laptop, Serial Number NXMNKAA0024410999F3400;

Toshiba External Drive, Serial Number X3N2TX3ITTS8;

WD Scorpio Blue, HDD 750 GB, Serial Number WX11A51T6948.

3. If any of the above-described property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.



DUANE A. EVANS
UNITED STATES ATTORNEY

_____
BRIAN M. KLEBBA
Assistant United States Attorney

New Orleans, Louisiana
May 5, 2023

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

Eastern District of Louisiana

Criminal Division

## THE UNITED STATES OF AMERICA

vs.

## JOYCE JOSEPH BANERJEE

# INDICTMENT

## INDICTMENT FOR RECEIPT OF MATERIALS INVOLVING THE SEXUAL EXPLOITATION OF MINORS

VIOLATIONS: 18 U.S.C. § 2252(a)(2), (b)(1)

A true bill.

_____

Filed in open court this _____ day of _____ A.D. 2023.

_____
Clerk

Bail, $ _____

_____
BRIAN M. KLEBBA
Assistant United States Attorney